JAMES D. FOX
P. O. Box 895
Scottsdale, AZ 85252
(602) 263-8754

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| WRIGHT, MICHAEL HENRY | ) | CASE NO. 05-25488-PHX-CGC |
| | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

JAMES D. FOX, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1016 | 10/23/10 | Robert Ingram<br>678 E. Thunderbird Road<br>Phoenix, AZ 85022 | $1,902.65 |

DATE: <u>March 10, 2011</u>        /s/ James D. Fox
                                    JAMES D. FOX